UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOANNE DUNNOM** | : | CASE NO. C-1-02-0024 |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **THE CITY OF CINCINNATI et. al.,** | : | MOTION TO SET TRIAL DATE |
| | : | |
| Defendants. | : | |

    Now comes the Plaintiff, Joanne Dunnom and requests the Court set a Pre-Trial and Trial date in the above matter. On October 1, 2003, the Honorable Judge issued an Order denying the Defendant's Motion for Summary Judgment except as to Plaintiff's individual claim against David Bennett under Title VII.

    The Plaintiff hereby requests a conference to set Pre-Trial and Trial dates.

    Respectfully submitted,

    s/Ivan L. Tamarkin, Esq.
    _____
    Ivan L. Tamarkin, (0025468)
    Attorney for Plaintiff, Dunnom
    ivanlaw@winstarmail.com
    Second National Building
    830 Main Street, Suite 999
    Cincinnati, Ohio 45202
    513-381-6555 Telephone
    513-345-4703 Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served via U.S. Mail and electronically upon Augustine Giglio, Room 214, City Hall, 801 Plum Street, Cincinnati, Ohio 45202 on this 30th day of October, 2003.

    **s/Ivan L. Tamarkin, Esq.**
    Ivan L. Tamarkin, Esq.