```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

JOANNE DUNNOM,                    :        NO. 1: 02-CV-00024
                                  :
    Plaintiff,                    :
                                  :
  v.                              :        **ORDER**
                                  :
                                  :
DAVID BENNETT, et. al,            :
                                  :
    Defendants.                   :

       This matter is before the Court on Plaintiff's Motion to Set Trial Date (doc. 38).

       The Court finds Plaintiff's Motion well-taken. Accordingly, the Court GRANTS Plaintiff's Motion (doc. 38), and SETS a Status Conference, on November 25, 2003, at 2:00 p.m., in order to set final pretrial conference and trial dates in this matter.

       SO ORDERED.

Dated: November 5, 2003          /s/ S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge