UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOANNE DUNNOM, | : | NO. 1:02-CV-00024 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| DAVID BENNETT, et. al, | : | |
| Defendants. | : | |

The parties met before the Court on November 25, 2003, for a status conference to set the Final Pretrial Conference and Trial dates in this matter, pursuant to the Court's previous order (doc. 39).

Having reviewed this matter with the parties, the Court finds it appropriate to set the above dates in February and March 2004.  Accordingly, the Court SETS the Final Pretrial Conference for 10:00 a.m. on February 4, 2004, and SETS the four-day jury trial to commence on March 16, 2004.

SO ORDERED.

Dated: December 2, 2003     s/S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge