AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JOANNE DUNNOM,

                    Case Number:   1:02-cv-00024

    V.

DAVID BENNETT, et. al.,             Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | FEBRUARY 4, 2004 at 10:00 AM |

SPECIAL INSTRUCTIONS:

                                      JAMES BONINI, CLERK

                                      s/Kevin Moser
                                      Kevin Moser
                                      Case Manager
                                      (513) 564-7620

cc: Ivan Tamarkin, Esq.    Augustine Giglio, Esq.    Nicole Quick, Esq.