UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOANNE DUNNOM, | : | NO. 1:02-CV-00024 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| | : | |
| DAVID BENNETT, et. al, | : | |
| | : | |
| Defendants. | : | |

      The parties met before the Court on February 4, 2004, for a Final Pretrial Conference.   At such conference, Plaintiff expressed objections to Defendants' introduction of supplemental documents.  Plaintiff requested that discovery continue through the March 16, 2004 trial date as to such documents.  The Court finds Plaintiff's request well-taken.

      Accordingly, the Court SETS the discovery cut-off on March 15, 2004, as to the supplemental documents.  Both parties may conduct such discovery until such date.

      SO ORDERED.

Dated: February 4, 2004          s/S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge