UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOANNE DUNNOM | : | CASE NO. C-1-02-0024 |
| Plaintiff | : | |
| v. | : | |
| THE CITY OF CINCINNATI et. al., | : | AFFIDAVIT OF IVAN L. TAMARKIN |
| Defendants. | : | |

I, IVAN L. TAMARKIN, Esq., after having been duly sworn, depose and state the following:

1. I am the Attorney for the Plaintiff, Joanne Dunnom, in the above-referenced matter.

2. On or about February the 20th, 2004, the parties, by phone, entered into a Settlement Agreement, which Agreement is codified in the Release and Settlement Agreement sent to the City Solicitor for the City of Cincinnati on March the 9th, 2004.

3. On or about April 1st, 2004, Plaintiff's Counsel contacted Augustine Giglio with the Solicitor's Office for the City of Cincinnati as to why the awards in the Settlement Agreement had not been made pursuant to the Agreed Entry.

4. On April the 13th, 2004, Plaintiff's Counsel contacted, once again, the City Solicitor, Augustine Giglio and was informed that at this point that the Agreement had not left the Solicitor's Office nor had been sent to the City for payment. Defendant's Counsel had stated in the telephone conversation that he had no



PLAINTIFF'S EXHIBIT B

objection to Plaintiff filing a Motion for Sanction.

**FURTHER AFFIANT SAYETH NOT:**

_____
Ivan L. Tamarkin, Esq.

## NOTARIZATION

**State of Ohio**           :
                            :    SS.
**County of Hamilton**      :

Subscribed and sworn before me on this 14th day of April, 2004.

_____
Notary Public Signature

My commission expires:_____



BRUCE H. MEIZLISH, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.