IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOANN DUNNOM** | Case No. 1: 02-CV-00024 |
| **Plaintiff,** | ( Judge Speigel) |
| v. | |
| **DAVID BENNETT ET AL,** | **MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR THE ENFORCEMENT OF SETTLEMENT AND SANCTIONS** |

Defendants respectfully request an extension of time to respond to Plaintiff's Motion to Enforce settlement and sanctions filed with this court on April 14, 2004. The reasons for this request are more fully described in the accompanying memorandum in Support of this motion.

Respectfully submitted,

JULIA L. MCNEIL (00435365)
City Solicitor

S/ Augustine Giglio
AUGUSTINE GIGLIO ( 0031911)
Assistant City Solicitor
Trial Attorney for Defendant
Room 214, City Hall
Cincinnati, Ohio 45202
Telephone: (513) 352-3339
Fax (513) 352-1515

**MEMORANDUM IN SUPPORT**

On April 14, 2004, Plaintiff's counsel sought enforcement of the settlement reached in the above case and for sanctions. At the time of the filing, Plaintiff's settlement check had not yet been delivered. Pursuant to the attached letter dated April 22, 2004 to counsel (Exh. A), settlement monies were hand delivered on April 22, 2004.

In discussions with Plaintiff's counsel, it was understood that the pending motion was to be withdrawn. However, Plaintiff wished written confirmation on her bi-weekly check report of the additional hours granted in vacation and sick time before withdrawing the motion. It is assumed by this date that all terms of the settlement agreement have been met. However, Defense counsel is awaiting confirmation from Plaintiff that all matters have been satisfactorily achieved including written verification on Plaintiff's payroll voucher that all additional hours given in this settlement were duly noted.

In light of the resolution of this matter and the agreement of Plaintiff's counsel to dismiss his motion, it is respectfully requested that Defendant be given an additional ten days to respond and/or allow Plaintiff to withdraw the outstanding motion.

Respectfully submitted,

JULIA L. MCNEIL (00435365)
City Solicitor

S/ Augustine Giglio
AUGUSTINE GIGLIO ( 0031911)
Assistant City Solicitor
Trial Attorney for Defendant
Room 214, City Hall
Cincinnati, Ohio 45202
Telephone: (513) 352-3339
Fax (513) 352-1515

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ivan L. Tamarkin.

                                                /s/ Augustine Giglio
                                                AUGUSTINE GIGLIO ( 0031911)
                                                Assistant City Solicitor
                                                Trial Attorney for Defendants
                                                Room 214, City Hall
                                                Cincinnati, Ohio 45202
                                                Telephone: (513) 352-3339
                                                gus.giglio@cincinnati-oh.gov