# City of Cincinnati



Office of City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

Ivan L. Tamarkin, Esq.
Second National Bank Building
830 Main Street, Suite 999
Cincinnati, Ohio 45202

April 22, 2004

**HAND DELIVERED**

Re: Dunnom v. David Bennett et al.

Dear Ivan:

    Enclosed please find payment of the settlement sums in the above matter. There are two separate checks, one payable to Ms. Dunnom for $19,000.and another payable to you for $11,000. Your client's paycheck will reflect the additional hours for sick and vacation as previously agreed. I have been advised that it may take a couple of pay periods for it to appear. If she does not see the additional time reflected after the next two-pay periods, please let me know and I will follow up. I have been assured that her paycheck information will reflect this additional time shortly.

    Based upon our discussion today, this will confirm that you will be voluntarily withdrawing the pending motion to enforce settlement.

    If you have any questions, please let me know.

Sincerely,

Augustine Giglio,
Assistant City Solicitor

Encl: settlement checks