UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOANNE DUNNOM | : | CASE NO. C-1-02-0024 |
| | : | |
| Plaintiff | : | Judge: |
| v. | : | |
| | : | |
| THE CITY OF CINCINNATI et. al., | : | PLAINTIFF'S MOTION TO |
| | : | WITHDRAW MOTION TO ENFORCE |
| Defendants. | : | SETTLEMENT AGREEMENT AND |
| | : | SANCTIONS. |

Now comes Plaintiff, Joanne Dunnom, by and through counsel, and withdraws her Motion to Enforce Settlement Agreement and Sanctions.

Respectfully submitted,

*s/Ivan L. Tamarkin*
_____
Ivan L. Tamarkin, Esq. (0025468)
Attorney for Plaintiff, Dunnom
ivanlaw@winstarmail.com
Second National Building
830 Main Street, Suite 999
Cincinnati, Ohio 45202
513-381-6555 Telephone
513-345-4703 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via U.S. Mail upon Augustine Giglio, Room 214, City Hall, 801 Plum Street, Cincinnati, Ohio 45202 on this 13th day of May, 2004.

*s/Ivan L. Tamarkin*
_____
Ivan L. Tamarkin, Esq.